UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of November, two thousand twenty-four,

Janis Lavern Dunbar,

    Plaintiff - Appellant,

v.

Curtis Jackson, III, Rapper/Producer, Jeffrey Hirsch, CEO of Starz, Jamira Haines, Curtis Jackson Girlfriend, Courtney Kemp, Tasha Smith, Omari Hardwick, Larence Tate, Michael Rainey, Jr., Olurotimi Akinosho, Alani Vasquez, Naturi Naughton, Joseph Sikora, Marvin Bernard, Leonard Carl Grant, Marshall Mathers, Mary Jane Blige, Aubrey Drake Graham, Calvin Cordozar Broadus, Jr., Clifford Smith, Demetrius Flenroy, Jr., Russel Hornsby, Michole Briana White, Monique Angela Hicks, Arkeisha Knight, Daphne Joy, (Jane DOe), Sire Jackson, (John Doe),

    Defendants - Appellees.

**ORDER**
Docket No. 24-2690

A notice of appeal was filed on October 8, 2024. The Appellant's Form D-P due October 22, 2024 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective November 22, 2024 if the Form D-P is not filed by that date.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

